*Friday, February 13, 1998*

## MOTION DOCKET

**93–1245. State v. Loza.**
Butler App. No. CA91–11–0198. On December 5, 1995, this court stayed the execution of sentence in this cause pending exhaustion of state post-conviction remedies. It appearing to the court that all matters have been disposed of in case No. 93–1245, appellant's direct appeal of his conviction, and case No. 97–2470, appellant's post-conviction appeal,

IT IS ORDERED by the court, *sua sponte*, that the stay of execution entered in this cause on December 5, 1995, be and is hereby revoked.

IT IS HEREBY ORDERED by the court that said sentence be carried into execution by the Warden of the Southern Ohio Correctional Facility or, in his absence, by the Deputy Warden on Thursday, the 14th day of May, 1998, in accordance with the statutes so provided.

IT IS FURTHER ORDERED that a certified copy of this entry and a warrant under the seal of this court be duly certified to the Warden of the Southern Ohio Correctional Facility and that said Warden shall make due return thereof to the Clerk of the Court of Common Pleas of Butler County.

**95–2185. State ex rel. Crain v. Indus. Comm.**
Franklin App. No. 94APD06–929. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's motion to expedite decision,

IT IS ORDERED by the court that the motion to expedite decision be, and hereby is, denied.

*Tuesday, February 17, 1998*

## MOTION DOCKET

**98–135. State ex rel. Sealy v. Court of Common Pleas of Montgomery Cty.**
Montgomery App. No. 16596. This cause is pending before the court as an appeal from the Court of Appeals for Montgomery County. Upon consideration of appellant's motion for stay,

IT IS ORDERED by the court that the motion for stay be, and hereby is, denied.

RESNICK, J., dissents.

*Wednesday, February 18, 1998*

## MERIT DOCKET

**97–844. Ohio Edison Co. v. Pub. Util. Comm.**
Public Utilities Commission, No. 96–406–EL–COI. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DESHLER, P. BRYANT and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, F.E. SWEENEY and PFEIFER, JJ., dissent.

DANA A. DESHLER, JR., J., of the Tenth Appellate District, sitting for RESNICK, J.

PEGGY BRYANT, J., of the Tenth Appellate District, sitting for Cook, J.

On motion for stay of execution of the PUCO decisions of December 24, 1996 and February 27, 1997. Motion denied as moot.